Brett D. Watson, SBN: 203183
E-Mail: bwatson@pldlawyers.com
Alison R. Kalinski, SBN: 266705
E-Mail: akalinski@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071
Tel.:  (213) 688-0430
Fax:  (213) 688-0440

Attorneys for Defendant American Express Centurion Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. ANDERSEN,<br><br>  Plaintiff,<br><br> vs.<br><br>AMERICAN EXPRESS CENTURION BANK,<br><br>  Defendants. | Case No. C13-0266 JSC ADR<br><br>[Assigned for all purposes to the Honorable Jacqueline S. Corley]<br><br>**[PROPOSED] ORDER RE PRODUCTION OF ACCOUNT RECORDS OF JAMES J. SELTZER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court deems the merchant account records for The Law Offices of James J. Seltzer relevant to this litigation. Therefore, it is hereby ordered that Defendant American Express Centurion Bank ("Defendant") produce to Plaintiff Peter Andersen ("Plaintiff") relevant, nonprivileged merchant account records for The Law Offices of James J. Seltzer relating to the transactions at issue in Plaintiff's Complaint. Defendant is not required to produce trade secrets or other proprietary or privileged documents or information. It is further ordered that all such documents may be reproduced, disclosed and used by Plaintiff and Defendant in and for purposes of this action only. At the conclusion of this litigation, all such records are to be returned to Defendant or destroyed.

IT IS SO ORDERED.

Date: ___July 19_____, 2013                _____/s/ Jacqueline S. Corley_____
                                                                    Honorable Jacqueline S. Corley
                                                                    Magistrate Judge of the District Court

- 1 -
[~~PROPOSED~~] ORDER RE PRODUCTION OF ACCOUNT RECORDS OF JAMES J. SELTZER

PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071